STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

ORLANDO XAVIER RIVERA CANALES             Case No. 10-08069-BKT

                              Chapter 13    Attorney Name: JIMENEZ QUINONES LAW OFFICES*

## I. Appearances

Debtor              [✓] Present   [ ] Absent
Joint Debtor        [ ] Present   [ ] Absent
Attorney for Debtor [✓] Present   [ ] Absent
[ ] Pro-se
[ ] Substitute _____

Date: October 05, 2010
Time: 10:55 AM   Track: 014
[✓] This is debtor(s) 3rd Bankruptcy filing.
Liquidation Value: 0
Creditors
none

## II. Oath Administered
[✓] Yes    [ ] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
    [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns 06-09    [✓] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[✓] Evidence of income (60 days prior to petition)

## IV. Status of Meeting   [✓] Closed   [ ] Not Held   [ ] Continued _____ at _____

## V. Trustee's Report on Confirmation

[ ] FAVORABLE
[✓] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)
_____
_____
[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
    [ ] State - years _____
    [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
    [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
    [ ] Incomplete   [ ] Missing
    [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
    [ ] Missing   [ ] More than 180 days
    [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other: _____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

ORLANDO XAVIER RIVERA CANALES  Case No. 10-08069-BKT

Chapter 13   Attorney Name: JIMENEZ QUINONES LAW OFFICES*

VI. Plan (Cont.)
   Date: September, 1, 2010  Base $ 9,900.00  [X] Filed   Evidence of Pmt shown: _____
   Payments  0  made out of  1  due.  [ ] Not Filed

VII. Confirmation Hearing Date: November, 5, 2010

VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $ 350.00  = $ 2,650.00

IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____
[ ] Insurance estimate _____
_____
[ ] Assumption/Rejection executory contract
_____
[ ] Appraisal _____
_____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
   [ ] Debtor  [ ] Joint debtor
[ ] Other: _____
_____
_____

[✓] Amended S.O.F.A. #9.
[✓] Amended plan
[ ] Business Documents
   [ ] Monthly reports for the months
_____
_____

[ ] Public Liability Insurance
[ ] Premises _____
[ ] Vehicle(s) _____
[ ] Licenses issued by:
_____

[✓] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [✓] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

COMMENTS

If payment not made in 10 days. Amend plan since remaining balance is $2,610 from 3000. Include $390 paid in fees in Sofa #9.

Trustee/Presiding Officer                Date: October 05, 2010
                                              (Rev.