IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-08069 |
|---|---|
| ORLANDO XAVIER RIVERA CANALES | CHAPTER 13 |
| (DEBTOR) | |

## INFORMATIVE MOTION
## (AMENDED PLAN)

**TO THE HONORABLE COURT:**

Comes now Debtor, represented by the undersigned attorney, and represents as follows:

1. Debtor informs of the separate filing of Amended Plan pursuant to Rule 2002 (b):

   a. Amended Plan: *to correct attorney's fees.*

**WHEREFORE,** Debtor prays from this Honorable Court to take notice and allow filing of the amended plan.

**RESPECTFULLY SUBMITTED.**

**NOTICE:** Within twenty eight (28) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification of such filing to all C/MECF participants in this case, including: U.S. Trustee, and to the Assistant U.S. Trustee. Furthermore, I hereby certify that I mailed this document by First Class Mail postage prepaid to the non CM/ECF participants included in the attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, October 6, 2010.

s/JOSE L. JIMENEZ QUINONES
José L. Jiménez Quiñones, Esq.
USDCPR 203808
268 AVE. PONCE DE LEON
Suite 1118
San Juan, P.R. 00918-2007
TEL: 787-282-9009
FAX: 1 (866) 326-9416
jimenezlawfirm@gmail.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                     Case No. **10-08069-13**

**RIVERA CANALES, ORLANDO XAVIER**                      Chapter **13**
                       Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: **10/06/2010**
☐ PRE ☐ POST-CONFIRMATION               Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ __**165.00**__ x __**60**__ = $ __**9,900.00**__
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

                        TOTAL: $ __**9,900.00**__

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

    PROPOSED BASE: $ __**9,900.00**__

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ __**2,610.00**__

Signed: **/s/ ORLANDO XAVIER RIVERA CANALES**
        Debtor



Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____    Cr. _____    Cr. _____
# _____      # _____      # _____
$ _____      $ _____      $ _____

2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
# _____      # _____      # _____
$ _____      $ _____      $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____      # _____      # _____
$ _____      $ _____      $ _____

4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
    **AEELA**

5. ☐ Other: _____

6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____      # _____      # _____
$ _____      $ _____      $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*

Attorney for Debtor **JIMENEZ - QUINONES LAW OFFICES**          Phone: **(787) 282-9009**

CHAPTER 13 PAYMENT PLAN

RIVERA CANALES ORLANDO XAVIER
18 CALLE LAS FLORES
RIO GRANDE PR  00745


JIMENEZ - QUINONES LAW OFFICES
268 PONCE DE LEON STE 1118
SAN JUAN PR  00918-2007


ACADEMY COLLECTION SERVICE INC
SUNCOM
10965  DECATUR ROAD
PHILADELPHIA PA  19154-3210


AEELA
PO BOX 364508
SAN JUAN PR  00936-4508


ASUME
RIO GRANDE OFFICE
PO BOX 876
RIO GRANDE PR  00745


DEPARTAMENTO DE HACIENDA
RENTAS INTERNAS
PO BOX 9022501
SAN JUAN PR  00902-2501


FIRST BANK PUERTO RICO
PR ACQUISITION LLC
PO BOX 9146
SAN JUAN PR  00908


LEADER ASST MANAGEMENT LLC
EDIF BBVA SUITE 202 1738  AMARILLO ST
SAN JUAN PR  00926-0028